1
2
3
4
5
6
7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  ERNEST MILLER,                               No. CIV S-06-1437-GEB-CMK-P

12          Plaintiff,

13      vs.                                      <u>ORDER</u>

14  HIGH DESERT STATE PRISON,
    et al.,
15
            Defendants.
16
                                  /
17

18          Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19  to 42 U.S.C. § 1983.  On July 7, 2006, the court issued an order directing plaintiff to resolve the

20  fee status for this case by either paying the statutory filing fee or filing an application for leave to

21  proceed in forma pauperis within 30 days.  Plaintiff failed to comply and, on August 23, 2006,

22  the court issued findings and recommendations that this action be dismissed for plaintiff's failure

23  to comply with court rules and orders.  The court provided that objections to the findings and

24  recommendations could be filed within ten days.

25  / / /

26  / / /

1

On September 5, 2006, plaintiff filed a document entitled "Motion to Lodge" Due to Obstruction of Justice, by High Desert State Prison Not Obeying Court Orders." Plaintiff complains that prison officials are hampering his ability to comply with the court's July 7, 2006, order by refusing to allow him to buy stamps and envelopes. In the interest of justice, the court will vacate the August 23, 2006, findings and recommendations and extend the time for plaintiff to resolve the fee status for this case as required by the July 7, 2006, order.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 23, 2006, are vacated;

2. Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required affidavits and certifications, or the full statutory filing fee; and

2. The Clerk of the Court is directed to send plaintiff a form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: September 11, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE