IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNEST MILLER, | No. CIV S-06-1437-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's application for leave to proceed in forma pauperis (Doc. 9), filed on November 27, 2006.

       On July 7, 2006, the court issued an order directing plaintiff to resolve the fee status for this case by either paying the statutory filing fee or filing an application for leave to proceed in forma pauperis within 30 days.  Plaintiff failed to comply and, on August 23, 2006, the court issued findings and recommendations that this action be dismissed for plaintiff's failure to comply with court rules and orders.  The court provided that objections to the findings and recommendations could be filed within ten days.  On September 5, 2006, plaintiff filed a

document entitled "Motion to Lodge Due to Obstruction of Justice, by High Desert State Prison Not Obeying Court Orders." Plaintiff complained that prison officials were hampering his ability to comply with the court's July 7, 2006, order by refusing to allow him to buy stamps and envelopes. In the interest of justice, the court vacated the August 23, 2006, findings and recommendations and extended the time for plaintiff to resolve the fee status for this case as required by the July 7, 2006, order. Again, however, plaintiff failed to comply and, on October 30, 2006, the court issued findings and recommendations that this action be dismissed for lack of prosecution. In response, plaintiff has submitted an application for leave to proceed in forma pauperis.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted. Plaintiff's complaint will be addressed separately.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on October 30, 2006, are vacated;

2. Plaintiff's motion for leave to proceed in forma pauperis is granted;

3. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4. An initial partial filing fee of $14.76 will be assessed by this order pursuant to 28 U.S.C. § 1915(b)(1);

5. By separate order, the court will direct the appropriate agency to collect the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court; and

/ / /

/ / /

/ / /

6. Thereafter, plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED:  November 29, 2006.

　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE