**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST MILLER, | No. CIV S-06-1437-GEB-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's document entitled "Motion to Lodge First Amended Complaint" (Doc. 13), filed on February 6, 2007.

To the extent plaintiff seeks leave to amend, that request is unnecessary because, on January 19, 2007, the court dismissed plaintiff's complaint with leave to amend.  To the extent plaintiff seeks additional time to file an amended complaint, that request will be granted.  Plaintiff is again cautioned that failure to file an amended complaint within the time provided herein may result in dismissal of the action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

1

Accordingly, IT IS ORDERED that:

1. Plaintiff's document filed on February 6, 2007, is construed as a motion for an extension of time to file an amended complaint and, so construed, the motion is granted; and

2. Plaintiff shall file a first amended complaint within 30 days of the date of this order.

DATED: February 13, 2007.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE