1

2

3

4

5

6

7

8     **IN THE UNITED STATES DISTRICT COURT**

9     **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    ERNEST MILLER,                         2:06-cv-1437-GEB-CMK-P

12              Plaintiff,

13         vs.                               ORDER

14    HIGH DESERT STATE PRISON,
      et al.,

15
                Defendants.
16
      _____/
17

18              Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

19    to 42 U.S.C. § 1983.   The matter was referred to a United States Magistrate Judge pursuant to

20    Eastern District of California local rules.

21              On May 25, 2007, the magistrate judge filed findings and recommendations herein

22    which were served on the parties and which contained notice that any objections to the findings

23    and recommendations were to be filed within 20 days.  No objections to the findings and

24    recommendations have been filed.

25              The court has reviewed the file and finds the findings and recommendations to be

26    supported by the record and by the magistrate judge's analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2        1.    The findings and recommendations filed May 25, 2007, are adopted in

3    full;

4        2.    This action is dismissed; and

5        3.    The Clerk of the Court is directed to enter judgment and close this file.

6    Dated:  July 24, 2007

7

8    _____
     GARLAND E. BURRELL, JR.
9    United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26