**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ERNEST MILLER, | 2:06-cv-1437-GEB-CMK-P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| HIGH DESERT STATE PRISON, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion filed on August 1, 2007, in which he seeks relief from the judgment entered in this action on July 24, 2007. The court construes plaintiff's motion as a motion for relief from judgment pursuant to Federal Rule of Civil Procedure 60(b).

On July 24, 2007, the court adopted the magistrate judge's May 25, 2007, findings and recommendations which concluded that this action should be dismissed, without leave to amend, for failure to state a claim upon which relief could be granted. Specifically, the court agreed with the magistrate judge that the only two named defendants – High Desert State

1  Prison and the California Department of Corrections and Rehabilitation – were immune from suit
2  under the Eleventh Amendment and that this defect was not subject to further amendment.[1]  In
3  the instant motion for relief from judgment, plaintiff states that he never received the May 25,
4  2007, findings and recommendations and, as a result, never had a chance to file objections.
5  Plaintiff seeks an opportunity to file objections.

6        Plaintiff has not shown good cause for relief from judgment.  First, the docket
7  reflects that plaintiff has received other orders from the court.  Specifically, plaintiff clearly
8  received the court's January 19, 2007, order given that he requested an extension of time to file
9  an amended complaint.  Further, he also must have received the order granting an extension of
10 time given that plaintiff filed a first amended complaint as directed.  Second, no objections from
11 plaintiff would change the fact that the only defendants named in this action are immune from
12 suit.  Plaintiff was given a chance to cure this defect and failed to do so.  Because the dismissal
13 was not with prejudice, plaintiff is not prejudiced in that he can file a new action which names
14 defendants who are not immune.

15       Plaintiff is referred to Federal Rule of Appellate Procedure 4(a)(4)(A) with
16 respect to his appeal rights after denial of a Rule 60(b) motion.

17       Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for relief from
18 judgment under Rule 60(b) is denied.

19 Dated:  August 30, 2007

21                       GARLAND E. BURRELL, JR.
22                       United States District Judge

---

[1] Plaintiff had been granted leave to amend on January 19, 2007, after the court advised plaintiff of the same defect and suggested that plaintiff not name immune defendants in an amended complaint.